## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JERMAINE TERRELL MILLER, | : No. 178 MM 2014 |
| Petitioner | : |
| v. | : |
| Court of Common Pleas, 39th District-Franklin, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.